In the Matter of the Claim of LOUIS RAINER, Respondent, against MODERN MANUFACTURING COMPANY et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.